IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLSTATE VEHICLE AND PROPERTY**             **PLAINTIFFS**
**INSURANCE COMPANY and**
**ALLSTATE INDEMNITY COMPANY**

v.          **CASE NO. 3:19-CV-00213 BSM**

**SAMUEL JACKSON et al.**             **DEFENDANTS**

## ORDER

The plaintiffs' motion to compel [Doc. No. 19] is granted. Defendants have fourteen days to respond to the discovery requests.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE