**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ALLSTATE VEHICLE AND PROPERTY**          **PLAINTIFFS**
**INSURANCE COMPANY and**
**ALLSTATE INDEMNITY COMPANY**

**v.**          **CASE NO. 3:19-CV-00213 BSM**

**SAMUEL JACKSON et al.**          **DEFENDANTS**

## ORDER

The joint motion to dismiss [Doc. No. 26] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE