IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALLSTATE VEHICLE AND PROPERTY**            **PLAINTIFFS**
**INSURANCE COMPANY and**
**ALLSTATE INDEMNITY COMPANY**

v.     CASE NO. 3:19-CV-00213 BSM

**SAMUEL JACKSON et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE